**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 08-cv-01863-REB-MEH

DENNIS MAYO,

    Applicant,

v.

J. M. WILNER, Warden, FCI - Florence,

    Respondent.

**MINUTE ORDER**[1]

    The matter comes before the court on the applicant's **Motion Requesting Leave to File Supplimental** [sic] **Motion Requesting Final Disposition in Applicant's 28 U.S.C. § 2241** [#22] filed May 11, 2009.  The motion is **DENIED** as moot.  The court will rule in due course on the **Recommendation on Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241** [#19] entered April 13, 2009.

    Dated: May 12, 2009

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.